UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **LYNN HARTER**, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | No. 3:10-cv-0968 |
| v. ) ) | Judge Sharp |
| **BEACH OIL COMPANY, INC.**, ) ) | |
| Defendant. ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, the Court GRANTS Plaintiff Lynn Harter's motion for class certification (Docket No. 47) and certifies the following class:

> All consumers who initiated an electronic funds transfer at Beach Oil Company, Inc. ATMs located at (1) 601 North Riverside Drive, Clarksville, TN; and (2) 1881 Ashland City Highway, Clarksville, TN; and were assessed a fee for withdrawing cash from the ATM located at (1) 601 North Riverside Drive, Clarksville, TN between May 1, 2010, and October 18, 2010; and (2) 1881 Ashland City Highway, Clarksville, TN between January 1, 2010, and October 18, 2010, the date Defendant posted a compliant notice on the ATMs (the "Class Period").

It is SO ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE