IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LYNN HARTER, individually and on )
behalf of all others similarly situated ) No. 3-10-0968
)
v. )
)
BEACH OIL COMPANY, INC. )

O R D E R

On April 22, 2015, the plaintiff filed an unopposed motion for preliminary approval of class action settlement (Docket Entry No. 106).

As a result, the defendant's motion to decertify (Docket Entry No. 76) and the plaintiff's motion for summary judgment (Docket Entry No. 84) are rendered MOOT and the Clerk is directed to terminate those motions as pending.

Inasmuch as the parties have reached a resolution of this case, subject to Court approval, unless otherwise directed by the Court, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge